IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TAUREAN GRAHAM,

      Appellant,

v.

      Case No. 5D22-1692
      LT Case No. 2017-CF-000054-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 10, 2023

3.850 Appeal from the Circuit Court
for Sumter County,
Mary P. Hatcher, Judge.

Taurean Graham, Perry, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EDWARDS and EISNAUGLE, JJ., concur.